UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-12-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEFAN ALEXANDRU BARABAS,<br>    also known as "Alex,"<br>    also known as "Greu," and<br><br>ALEXADRU LUCIAN NICOLESCU,<br>    also known as "Alex,"<br>    also known as "Nico,"<br><br>    Defendants. | CRIMINAL NO. 3:12CR___ (___)<br><br>VIOLATIONS:<br><br>18 U.S.C. Section 1951(a) (Attempt to Interfere with Commerce by Extortion)<br><br>18 U.S.C. Section 1951(a) (Conspiracy to Interfere with Commerce by Extortion)<br><br>18 U.S.C. Section 2313(a) (Possession of a Stolen Vehicle)<br><br>18 U.S.C. Section 2 (Aiding and Abetting) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Attempt to Interfere with Commerce by Extortion)

1. At all times relevant to this Indictment, Victim 1 and Victim 2 were individuals known to the Grand Jury who regularly engaged in interstate commerce, who regularly traveled between a home in the District of Connecticut and homes outside of Connecticut, and whose financial holdings were primarily maintained outside the District of Connecticut.

2. On or about April 15 and 16, 2007, in the District of Connecticut, the defendants STEFAN ALEXANDRU BARABAS, also known as "Alex" and "Greu," and ALEXANDRU LUCIAN NICOLESCU, also known as "Alex" and "Nico," did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, and did aid and abet one another and others to do the same, that is, the defendants STEFAN ALEXANDRU BARABAS

and ALEXANDRU LUCIAN NICOLESCU, and other individuals working with the assistance of STEFAN ALEXANDRU BARABAS and ALEXANDRU LUCIAN NICOLESCU, attempted to obtain approximately $8.5 million from Victim 1 and Victim 2, with Victim 1 and Victim 2's consent induced by the wrongful use of force, violence, and fear, and threatened force and violence, by, among other means, (1) brandishing knives and what appeared to be firearms; (2) binding the hands of Victim 1 and Victim 2 and blindfolding their eyes; and (3) injecting Victim 1 and Victim 2 with what was alleged to be a deadly virus and then refusing to provide an antidote until the money was turned over.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO
(Conspiracy to Interfere with Commerce by Extortion)

3. The allegations contained in Paragraphs 1 and 2 are incorporated herein.

4. From approximately February 2007 through approximately December 2010, in the District of Connecticut and elsewhere, the defendants STEFAN ALEXANDRU BARABAS, also known as "Alex" and "Greu," and ALEXANDRU LUCIAN NICOLESCU, also known as "Alex" and "Nico," did conspire with one another and with other individuals, to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, that is, the defendants STEFAN ALEXANDRU BARABAS and ALEXANDRU LUCIAN NICOLESCU conspired with one another and with other individuals to obtain approximately $8.5 million from Victim 1 and Victim 2, with Victim 1 and Victim 2's consent induced by the wrongful use of force, violence, and fear, and threatened force and violence, by, among other means, (1) brandishing knives and what appeared to be firearms; (2) binding the hands of Victim 1 and Victim 2 and

blindfolding their eyes; and (3) injecting Victim 1 and Victim 2 with what was alleged to be a deadly virus and then refusing to provide an antidote until the money was turned over.

In violation of Title 18, United States Code, Section 1951(a).

COUNT THREE
(Possession of a Stolen Vehicle)

5.    On or about April 16, 2007, in the District of Connecticut and elsewhere, the defendants STEFAN ALEXANDRU BARABAS, also known as "Alex" and "Greu," and ALEXANDRU LUCIAN NICOLESCU, also known as "Alex" and "Nico," did receive, possess, conceal, store, barter, sell and dispose of a stolen motor vehicle, that is, a 2006 black Jeep Grand Cherokee, which vehicle had crossed a State boundary after being stolen, to wit, said vehicle being stolen on April 16, 2007 in South Kent, Connecticut and subsequently brought into the State of New York, knowing the same to have been stolen, and did aid and abet each other and other individuals to do the same.

In violation of Title 18, United States Code, Section 2313(a).

A TRUE BILL

/s/
---
FOREPERSON

UNITED STATES OF AMERICA

_[signature]_
---
DAVID B. FEIN
UNITED STATES ATTORNEY

_[signature]_
---
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY